EXHIBIT A

1
2  RICHARD ALEXANDER, Cal. Bar #48432
   JEFFREY W/ RICKARD, Cal. Bar #125180
3  RYAN M. HAGAN, Cal Bar #200850
   ALEXANDER, HAWES & AUDET, LLP
4  152 North Third Street, Suite 600
   San Jose, CA 95112
5  Telephone: (408) 289-1776
   Facsimile: (408) 287-1776
6  **Attorneys for Plaintiff(s)**

7  RANDALL C. CREECH, Cal. Bar #65542
   CREECH, LIEBOW & KRAUS
8  333 West San Carlos Street
   Suite 1600
9  San Jose, CA 95110
   Telephone: (408) 993-9911
10 Facsimile: (408) 993-1335

11
   THOMAS M. CARNEY, admitted *pro hac vice*
12 CAROL A. RUTTER, admitted *pro hac vice*
   HUSCH & EPPENBERGER, LLC
13 190 Carondelet Plaza, Suite 600
   St. Louis, MO 63105-3441
14 Telephone: (314) 480-1500
   Facsimile: (314) 480-1505
15 **Attorneys for Defendant Olin Corporation**

16                UNITED STATES DISTRICT COURT
       NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION
17

18 ROBERT SHELTON AND GWYNNE      )  Case No.: C 03-01857 RMW
   SHELTON, Trustees for the Robert E. )
19 Shelton and Gwynne Shelton      )  **STIPULATION FOR DISMISSAL WITH
   Revocable Trust                 )  PREJUDICE OF DEFENDANT OLIN
20                                 )  CORPORATION BY PLAINTIFFS
                                   )  ROBERT SHELTON AND GWYNNE
21      Plaintiffs,                )  SHELTON, INDIVIDUALLY AND AS
                                   )  TRUSTEES FOR THE ROBERT E.
22 v.                              )  SHELTON AND GWYNNE SHELTON
                                   )  REVOCABLE TRUST**
23 OLIN CORPORATION, et al.,       )
                                   )
24      Defendants.                )
25                                 )

26
27      Pursuant to Fed.R.Civ.P. 41(a)(2), Plaintiffs Robert Shelton and Gwynne Shelton,
28 Individually and as Trustees for the Robert E. Shelton and Gwynne Shelton Revocable

2056079.01

**Stipulation of Dismissal with Prejudice of Defendant Olin Corporation by Plaintiffs
Robert Shelton and Gwynne Shelton, Trustees for the Robert E. Shelton and Gwynne
Shelton Revocable Trust - 1**

1  Trust, and Defendant Olin Corporation hereby request that this Court, pursuant to Fed. R.
2  Civ. P. 41(a)(2), enter an Order dismissing with prejudice all claims asserted by Plaintiffs
3  Robert Shelton and Gwynne Shelton, Individually and as Trustees for the Robert E. Shelton
4  and Gwynne Shelton Revocable Trust, as to defendant Olin Corporation. All parties to bear
5  their own costs and legal fees incurred to date in this action.

Dated: 8/4/05

Respectfully submitted,

ALEXANDER, HAWES & AUDET, LLP

By: _____
RICHARD D ALEXANDER, Cal. Bar #48432
JEFFREY W/ RICKARD, Cal Bar #125180
RYAN M. HAGAN, Cal Bar #200850
152 North Third Street, Suite 600
San Jose, CA 95112
Telephone: (408) 289-1776
Facsimile:  (408) 287-1776

Attorneys for Plaintiffs Robert Shelton
and Gwynne Shelton, Individually and as Trustees for
the Robert E. Shelton and Gwynne Shelton Revocable
Trust

HUSCH & EPPENBERGER, LLC

By:    /s/ Carol A. Rutter
THOMAS M. CARNEY, admitted *pro hac vice*
CAROL A. RUTTER, admitted *pro hac vice*
190 Carondelet Plaza, Suite 600
St. Louis, MO 63105-3441
Telephone: (314) 480-1500
Facsimile:  (314) 480-1505

RANDALL C. CREECH, Cal. Bar #65542
CREECH, LIEBOW & KRAUS
333 West San Carlos Street
Suite 1600
San Jose, CA 95110
Telephone: (408) 993-9911
Facsimile:  (408) 993-1335

2056079.01

**Stipulation of Dismissal with Prejudice of Defendant Olin Corporation by Plaintiffs Robert Shelton and Gwynne Shelton, Trustees for the Robert E. Shelton and Gwynne Shelton Revocable Trust - 2**

Attorneys for Defendant Olin Corporation

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2056079.01

**Stipulation of Dismissal with Prejudice of Defendant Olin Corporation by Plaintiffs Robert Shelton and Gwynne Shelton, Trustees for the Robert E. Shelton and Gwynne Shelton Revocable Trust - 3**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| ROBERT SHELTON AND GWYNNE SHELTON, Trustees for the Robert E. Shelton and Gwynne Shelton Revocable Trust,<br><br>    Plaintiffs,<br><br>v.<br><br>OLIN CORPORATION, et al.,<br><br>    Defendants. | Case No.: C 03-01857 RMW<br><br>**ORDER DISMISSING WITH PREJUDICE DEFENDANT OLIN CORPORATION BY PLAINTIFFS ROBERT SHELTON AND GWYNNE SHELTON, INDIVIDUALLY AND AS TRUSTEES FOR THE ROBERT E. SHELTON AND GWYNNE SHELTON REVOCABLE TRUST** |

THIS MATTER coming on the motion of Plaintiffs Robert Shelton and Gwynne Shelton, Individually and as Trustees for the Robert E. Shelton and Gwynne Shelton Revocable Trust, and Defendant Olin Corporation, for an order of dismissal with prejudice against the defendant OLIN CORPORATION, pursuant to Fed. R. Civ. P. 41(a)(2):

IT IS HEREBY ORDERED

The claims of Plaintiffs Robert Shelton and Gwynne Shelton, Individually and as Trustees for the Robert E. Shelton and Gwynne Shelton Revocable Trust, against Defendant Olin Corporation are dismissed with prejudice, pursuant to Fed. R. Civ. Pro. 41(a)(2). Each party shall bear their own costs and legal fees incurred to date in this action.

SO ORDERED:

AUG 1 1 2005    *Ronald M. Whyte*

2056079.01

Stipulation of Dismissal with Prejudice of Defendant Olin Corporation by Plaintiffs Robert Shelton and Gwynne Shelton, Trustees for the Robert E. Shelton and Gwynne Shelton Revocable Trust - 4